

| Mailing Address: | Tel: (212) 879-8100 | Office Address: |
|---|---|---|
| 3003 Purchase Street | Fax: (347) 736-9490 | 111 Broadway |
| P.O. Box 529 | | Suite 1204 |
| Purchase, NY 10577 | *Please send all mail to Purchase address* | New York, NY 10006 |

Andrew S. Buzin*
abuzin@buzinlaw.com

*Admitted in NY, FL

Application GRANTED nunc pro tunc.  Appellant shall file its brief by **October 9, 2023**.  Appellee shall file its response by **November 3, 2023**.  Appellant shall file its reply by **November 9, 2023**.

Dated: September 28, 2023
New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

<u>Via ECF</u>
To the Chambers of Hon. Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

   **Re:**   **In re The Roman Catholic Diocese of Rockville Ctr, NY**
   **Case No:**  **23-cv-06708-LGS**
   <u>**Bankr. Case No.:**</u> **20-12345 (MG)**

To the Chambers of the Honorable Judge Lorna G. Schofield:

  Counsel for the Claimant 20101 has respectfully requested, and counsel for the Debtor has agreed, that the Appellant Brief, presently due by **September 27, 2023**, per Document #7, should be adjourned to **October 9, 2023**, subject to the Court's approval. The parties also agree, subject to the Court's approval, that the Appellee Brief should be due by **November 3, 2023**, and the Appellant Reply Brief should be due by **November 9, 2023**, solely with respect to claim number 20101.

  We greatly appreciate your assistance with this matter.

         Very truly yours,

         *[signature]*
         ANDREW S. BUZIN

ASB/me