## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

In re: THE ROMAN CATHOLIC DIOCESE
OF ROCKVILLE CENTRE,

                Debtor,

CLAIMANT 20101,

                Claimant-Appellant,              23 **CIVIL** 6708 (DEH)

     -v-                                        **JUDGMENT**

THE ROMAN CATHOLIC DIOCESE OF
ROCKVILLE CENTRE,

                Defendant-Appellee.

-----------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 26, 2024, the judgment of the Bankruptcy Court is AFFIRMED.

**Dated:** New York, New York
         January 29, 2024

                                                       **RUBY J. KRAJICK**

                                                       **Clerk of Court**
                             **BY:**      K. Mango

                                                       **Deputy Clerk**